

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Rao Huan, Ye Song, Liu Xiaying<br><br><br>**Petitioner,**<br>**V.**<br><br>See attachment<br><br><br><br>**Respondent,** | **Civil Action No.** <u>26-cv-00512-JLS-DEB</u><br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petition for Writ of Habeas Corpus is granted in part. The Court Orders Respondents to immediately release Petitioners from custody.

**Date:** <u>    2/13/26    </u>

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ S. Tweedle <u>                    </u>

S. Tweedle, Deputy

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-00512-JLS-DEB

Kristi Noem, Secretary of the Department of Homeland Security; Pamela Jo Bondi, Attorney General; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement; Jesus Rocha, Acting Field Office Director, San Diego Field Office; Christopher LaRose, Warden at Otay Mesa Detention Center

Respondents